```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,     )
                              )  No. CR-05-180-LRS-1
              Plaintiff,      )     CR-05-180-LRS-2
                              )
v.                            )  ORDER GRANTING UNOPPOSED
                              )  MOTIONS TO MODIFY
DIXIE ELLEN RANDOCK,          )
STEVEN KARL RANDOCK, SR.,     )
                              )
              Defendants.     )
```

BEFORE THE COURT are Defendants' unopposed Motions to Modify Release Conditions (Ct. Rec. 159, 160). For good cause shown,

**IT IS ORDERED** the Motions **(Ct. Recs. 159, 160)** are **GRANTED.** Defendants' conditions of release are **MODIFIED** as follows:

1. Only to the limited extent their computer skills are necessary to assist in their defense, and under the supervision of defense counsel, they may have access to computers and to the internet as follows:

    a. To review the voluminous discovery and to review limited information on Liberia.

    b. Defendants shall keep a record (log of dates and times reviewing) as to every site visited.

    c. Defendants shall not engage in work for online universities.

    d. Defendants shall not contact or do background research on

ORDER GRANTING UNOPPOSED MOTIONS TO MODIFY - 1

1   government witnesses.
2       2.   Defendants shall abide by all other conditions in the
3   court's Order filed October 27, 2006.
4       DATED April 6, 2006.
5
6                       S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING UNOPPOSED MOTIONS TO MODIFY - 2